UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GLORIA ANA ACUNA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00046 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On April 28, 2023, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation" (M&R, D.E. 19). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 19), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Motion for Attorney's Fees Pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412 (D.E. 15) is **GRANTED** as modified and the Court **ORDERS** that an EAJA fee award of $1,152.29 be made payable to Plaintiff, Gloria Ana Acuna, and sent in care of her attorney, Melissa Ann Palmer.

    **ORDERED** on May 31, 2023.

```
                                         NELVA GONZALES RAMOS
                                         UNITED STATES DISTRICT JUDGE
```