Case 2:21-cv-00046   Document 24   Filed on 09/13/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GLORIA ANA ACUNA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00046 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is a motion by Plaintiff's attorney, Melissa Palmer, for attorney's fees. D.E. 21. On August 9, 2023, Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (M&R) recommending that Palmer's motion be granted and that she be awarded $7,200 in attorney's fees pursuant to 42 U.S.C. § 406(b). D.E. 23. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)). Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the

Magistrate Judge's M&R, and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Therefore, Palmer's motion for attorney's fees is **GRANTED**. The Court **ORDERS** that an award of $7,200 be paid to Melissa Palmer out of Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). Additionally, the Court **ORDERS** Palmer to refund to her client, Gloria Ana Acuna, the $1,152.29 she previously received under the Equal Access to Justice Act.

**ORDERED** on September 13, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE